# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2024-0748
LT Case Nos. 2023-301869-CFDB
2023-301888-CFDB

———————————————

JEREMY LEE NIXON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Ann M. Phillips, of Phillips Appellate Law, Daytona Beach, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.


January 29, 2026


PER CURIAM.

AFFIRMED.

MAKAR, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____